# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARGARET MALI, | Case No. 2:15-cv-02262-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendants. | |

In light of the notice of settlement (Dkt. #20) as between plaintiff Margaret Mali and defendant Bank of America, N.A.,

IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant Bank of America, N.A. are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendant Bank of America, N.A. on or before May 11, 2016.

DATED this 7th day of April, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE