David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Margaret Mali*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Margaret Mali,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, DITECH FINANCIAL, LLC F/K/A/ GREEN TREE SERVICING, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:15-cv-02262-APG-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DITECH FINANCIAL, LLC F/K/A/ GREEN TREE SERVICING, LLC ONLY**<br><br>**ORDER** |

Plaintiff Margaret Mali hereby moves that the above-entitled action shall

…
…
…
…
…
…

be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Ditech Financial, LLC**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: June 27, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Gary E. Schnitzer, Esq.
Kravitz, Schnitzer & Johnson
*Attorney for Defendant Ditech Financial, LLC*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: June 28, 2016 _____