David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Margaret Mali*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Margaret Mali,<br><br>                Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, DITECH FINANCIAL, LLC F/K/A/ GREEN TREE SERVICING, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendants. | Case No. 2:15-cv-02262-APG-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

    Plaintiff Margaret Mali hereby moves that the above-entitled action shall

…

…

…

…

…

…

be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian Information Solutions, Inc.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: July 10, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bob L. Olson, Esq. |
| David H. Krieger, Esq. | Snell & Wilmer, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant Experian* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 11, 2016